

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00818-CV

**IN THE ESTATE OF** George **CARSON**, Deceased

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2019-PC-3843
Honorable Oscar J. Kazen, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
                Luz Elena Chapa, Justice
                Irene Rios, Justice

Delivered and Filed: December 13, 2023

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellees, who have not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the parties who incurred them. *See id.* R. 42.1(d).

PER CURIAM